UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON

IN RE:

CASE NO. 10-51403

MICHAEL J. TAPP
DEBTOR(S)

MICHAEL J. TAPP

PLAINTIFF(S)

ADV. NO. 10-5053

v.

KENTUCKY HOSPITAL LLC
dba CLARK REGIONAL MEDICAL CENTER

DEFENDANT(S)

**ORDER**

The parties having informed the court that this adversary proceeding has been settled, but no settlement documents having been filed, the parties are allowed twenty-one (21) days from the date of this order in which to file settlement documents or a motion for a trial date. If no agreed order of dismissal with supporting settlement documents or motion for a trial date is received within twenty-one (21) days from the date of this order, the court will dismiss this proceeding.

Copies to:
Brian T. Canupp, Esq.
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***

**Signed By:**
***<u>Tracey N. Wise</u>***
**Bankruptcy Judge**
**Dated: Monday, September 20, 2010**
**(jms)**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~