IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN THE MATTER OF: CHAPTER 13

MICHAEL J. TAPP CASE NO. 10-51403

DEBTOR

MICHAEL J. TAPP PLAINTIFF

v. ADVERSARY CASE NO. 10-5053

KENTUCKY HOSPITAL, LLC d/b/a
CLARK REGIONAL MEDICAL CENTER DEFENDANT

**AGREED ORDER OF DISMISSAL**

By agreement of the parties, Plaintiff, Michael J. Tapp ("Tapp") and Defendant, Kentucky Hospital, LLC d/b/a Clark Regional Medical Center, as evidenced below by the electronically affixed signatures of their respective counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. Any and all claims between the parties asserted in the above-styled adversary proceeding (the "Adversary Proceeding"), including all claims asserted in Tapp's Complaint [Docket No. 1] are dismissed with prejudice.

2. The parties shall bear their own costs, expenses and attorneys' fees incurred herein.

3. The Clerk of the Court is authorized to close this Adversary Proceeding.

Dated: December 8, 2010.

AGREED TO BE ENTERED:

*/s/ Brian T. Canupp, Esq. (with permission)*
Brian T. Canupp, Esq.
Tiffany L. Yahr, Esq.
Brian T. Canupp, PSC
322 Main Street
Paris, Kentucky 40361
Phone: (859) 988-9658
Email: Brian@Canupplaw.com
tiffany@canupplaw.com
**ATTORNEYS FOR PLAINTIFF MICHAEL J. TAPP**

*/s/ John M. Spires, Esq.*
Ellen Arvin Kennedy, Esq.
John M. Spires, Esq.
Dinsmore & Shohl LLP
250 West Main Street, Suite 1400
Lexington, Kentucky 40507
Phone: (859) 425-1000
Fax: (859) 425-1099
Email: ellen.kennedy@dinslaw.com
john.spires@dinslaw.com
**ATTORNEYS FOR DEFENDANT KENTUCKY HOSPITAL, LLC D/B/A CLARK REGIONAL MEDICAL CENTER**

Pursuant to Local Rule 9022-1(c), Ellen Arvin Kennedy, Esq. shall cause a copy of this Order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of this order upon such parties within fourteen (14) days hereof.

All parties in the CM/ECF notification
to receive notification in this case.